UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ERIK SOLARZANO,

                 Plaintiff,

-against-

CLEAN HARBORS OF KINGSTON, INC.,

                 Defendant.
-----------------------------------------------------------------X

JUDGMENT
04-CV-1273 (JG)

An Order of Honorable John Gleeson, United States District Judge, having been filed on September 6, 2005, adopting the Report and Recommendation of Magistrate Judge Steven M. Gold, dated July 15, 2005, dismissing the action with prejudice; it is

ORDERED and ADJUDGED that plaintiff take nothing of the defendant; that the Report and Recommendation of Magistrate Judge Steven M. Gold is adopted; and that the action is dismissed with prejudice.

Dated: Brooklyn, New York
        September 08, 2005

                                          s/Robert C. Heinemann
                                          ROBERT C. HEINEMANN
                                          Clerk of Court